IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| AEGIS ELECTRIC & GAS INTERNATIONAL SERVICES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ECI MANAGEMENT LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-CV-3657-LMM |

## ORDER

This case comes before the Court on Plaintiff's Partial Motion to Dismiss [22]. That Motion is unopposed, and Defendant ECI Management is represented by counsel. Accordingly, Plaintiff's Motion [22] is **GRANTED**. See LR 7.1B, NDGa. Defendant ECI's bad faith (O.C.G.A. § 33-4-6) and attorneys fee (O.C.G.A. § 13-6-11) counterclaims are **DISMISSED**.

**IT IS SO ORDERED** this 22nd day of January, 2018.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**