# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEGIS Electric & Gas International Services Limited,<br><br>        Plaintiff,<br><br>v.<br><br>ECI Management LLC (formerly known as ECI Management Corporation), Nichon Roberson, on behalf of herself and all others similarly situated,<br><br>        Defendants. | Case No.: 1:17-cv-03657-LMM |

## NOTICE OF APPEAL

Defendant ECI Management LLC ("ECI") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Order and Final Judgment:

(1) Order Granting Plaintiff AEGIS's Motion for Summary Judgment and Denying ECI's Motion for Partial Summary Judgment and Defendant Nichon Roberson's Corrected Motion for Summary Judgment (Docket No. 67) entered on February 25, 2019, all adverse rulings subsumed therein, and all other Orders upon which said Order is based.

Respectfully submitted this 26th day of March, 2019.

/s/ Daniel F. Diffley
DANIEL F. DIFFLEY
Georgia Bar Number 221703
DAVID B. CARPENTER
Georgia Bar Number 292101
KRISTI RAMSAY
Georgia Bar Number 964749

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
dan.diffley@alston.com
david.carpenter@alston.com
kristi.ramsay@alston.com

*Attorneys for Defendant ECI Management LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AEGIS Electric & Gas International Services Limited, | |
| Plaintiff, | Case No.: 1:17-cv-03657-LMM |
| v. | |
| ECI Management LLC (formerly known as ECI Management Corporation), Nichon Roberson, on behalf of herself and all others similarly situated, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 26th day of March, 2019 electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will deliver a copy to all counsel of record.

/s/ Kristi Ramsay
DANIEL F. DIFFLEY
Georgia Bar Number 221703
DAVID B. CARPENTER
Georgia Bar Number 292101
KRISTI RAMSAY
Georgia Bar Number 964749

**ALSTON & BIRD LLP**

1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
dan.diffley@alston.com
david.carpenter@alston.com
kristi.ramsay@alston.com

***Attorneys for Defendant ECI Management LLC***