# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEGIS ELECTRIC & GAS INTERNATIONAL SERVICES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> ECI MANAGEMENT LLC (formerly known as ECI Management Corporation), NICHON ROBERSON, on behalf of herself and all others similarly situated, <br><br> Defendants. | Case No.: 1:17-cv-03657-LMM |

## SATISFACTION OF JUDGMENT

WHEREAS, a Judgment was entered in the above action (the "Action") on January 5, 2022 (the "Judgment"), in favor of ECI Management LLC ("ECI") and against AEGIS Electric & Gas International Services Limited ("AEGIS") in the amount of $600,000.

WHEREAS, ECI and AEGIS have reached an agreement (the "Agreement") for final resolution of the Action and full satisfaction of the Judgment, including any post-judgment interest and the taxable costs.

WHEREAS, AEGIS has fully performed its obligations in satisfaction of the Judgment under the Agreement.

THEREFORE, full and complete satisfaction of the Judgment, including any post-judgment interest and the taxable costs, is hereby acknowledged by the parties, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the Judgment.

Respectfully submitted, this 28th day of March, 2022.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>1800 W. Peachtree Street, Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 214-1252<br>Facsimile: (404) 214-1251<br>Email: pfields@fieldshowell.com<br>Email: twalker@fieldshowell.com<br>Email: zferreira@fieldshowell.com | */s/ Zachary J. Ferreira*<br>Paul L. Fields, Jr.<br>Georgia Bar No. 003420<br>Tyler Bryant Walker<br>Georgia Bar No. 250477<br>Zachary J. Ferreira<br>Georgia Bar No. 464123<br><br>*Counsel for Plaintiff* |
| **ALSTON & BIRD, LLP**<br>1201 W Peachtree Street NW<br>Suite 4900<br>Atlanta, Georgia  30309<br>404.881.7000 Telephone<br>404.881.7777 Facsimile<br>david.carpenter@alston.com<br>ddiffley@alston.com<br>kristi.ramsay@alston.com | */s/ David Baird Carpenter*<br>*(By ZJF w/ Express Permission)*<br>David Baird Carpenter<br>Georgia Bar No.:  292101<br>Daniel F. Diffley<br>Georgia Bar No.:  221703<br>Kristin Ramsay<br>Georgia Bar No.:  964749<br><br>*Counsel for Defendant* |

1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEGIS ELECTRIC & GAS INTERNATIONAL SERVICES LIMITED,<br><br>　　Plaintiff,<br><br>v.<br><br>ECI MANAGEMENT LLC (formerly known as ECI Management Corporation), NICHON ROBERSON, on behalf of herself and all others similarly situated,<br><br>　　Defendants. | Case No.:  1:17-cv-03657-LMM |

## CERTIFICATION OF COMPLIANCE

I certify that the foregoing document was prepared using double spacing and Times News Roman, 14-point font, as required by Local Rule 5.1(c).

Respectfully submitted, this 28th day of March, 2022.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>1800 W. Peachtree Street, Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 214-1252<br>Facsimile: (404) 214-1251<br>Email: zferreira@fieldshowell.com | */s/ Zachary J. Ferreira*<br>Zachary J. Ferreira<br>Georgia Bar No. 464123<br><br>*Counsel for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEGIS ELECTRIC & GAS INTERNATIONAL SERVICES LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>ECI MANAGEMENT LLC (formerly known as ECI Management Corporation), NICHON ROBERSON, on behalf of herself and all others similarly situated,<br><br>    Defendants. | Case No.: 1:17-cv-03657-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Satisfaction of Judgment** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this action.

Respectfully submitted, this 28th day of March, 2022.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>1800 W. Peachtree Street, Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 214-1252<br>Facsimile: (404) 214-1251<br>Email: zferreira@fieldshowell.com | */s/ Zachary J. Ferreira*<br>Zachary J. Ferreira<br>Georgia Bar No. 464123<br><br>*Counsel for Plaintiff* |